**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert R. and Deborah L. Macy,<br><br>         Plaintiffs,<br>    vs.<br><br>Western Imperial 2000<br><br>         Defendant. | No. CV-06-1553-PHX-PGR<br><br>ORDER |

IT IS ORDERED that Defendant's Motion for Leave to File Counterclaim Acquired After Initial Pleading (doc. #26) is granted pursuant to LRCiv 7.2(i) and that the Clerk of the Court shall file Defendant's Amended Answer to Complaint and Counterclaim for Breach of Contract and Specific Performance (doc. #31).

IT IS FURTHER ORDERED that a hearing on Plaintiffs'/Counter-defendants' Motion for Summary Judgment as to Count One of the Complaint and as to the Counterclaim (doc. #16) and on Plaintiffs/Counterdefendants' Motion to Quash Lis Pendens (doc. #36) shall be held on **Monday, August 20, 2007, at 2:30 p.m.,** in Courtroom 601.

IT IS FURTHER ORDERED that counsel, in addition to the issues raised in their summary judgment memoranda, shall be prepared to discuss in depth at the

hearing on the summary judgment motion the effect of the mediation provision (lines 361-372) of the parties' Vacant Land/Lot Purchase Contract on the Court's authority to resolve this matter.[1]

DATED this 1st day of August, 2007.

Paul G. Rosenblatt
United States District Judge

---

[1] The Court notes that the mediation provision provides in part that "Buyer and Seller agree to mediate any dispute or claim arising out of or relating to this Contract, any alleged breach of this Contract, or services provided in relation to this Contract before resorting to court action."